■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER STEWART, Appellant. [614 NYS2d 257] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Juviler, J.), imposed February 26, 1993.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Miller, Copertino and Krausman, JJ., concur.